**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 06 2006

JAMES W. McCORMACK, CLERK
By: _____
                         DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| William Utley, | |
| Plaintiff, | |
| v. | Civil Action No. 3:06CV00120 JMM |
| Experian Information Solutions, Inc., | |
| Defendant. | This case assigned to District Judge Moody and to Magistrate Judge Ray |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441, Defendant Experian Information Solutions, Inc. ("Experian"), hereby files this Joint Notice of Removal of the above-captioned action to this Court and state as follows:

1.      Experian is named as a Defendant in Civil Action No. CV-2006-147 filed in the Circuit Court of Mississippi County (Chickasawba District) for the State of Arkansas (the "State Court Action").

2.      The Complaint in the State Court Action was filed with the Clerk of the Circuit Court of Mississippi County on June 5, 2006. Experian was served with the Complaint on June 8, 2006 and again on June 28, 2006.

3.      At the present time and at the time of the commencement of the State Court Action, Plaintiff is and was an individual citizen of the State of Arkansas.

4.      At the present time and at the time of the commencement of the State Court Action, Experian is and was a corporation incorporated under the laws of the State of Ohio with its principal place of business in Costa Mesa, California

- 2 -

5.      This Notice is being filed with this Court within thirty (30) days after Experian received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

6.      A copy of all process, pleadings, and orders served upon Experian in the State Court Action is attached hereto as Exhibit A.

7.      Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

8.      The claims for relief against Experian alleged in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681-1681u. Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a) and (b).

9.      Promptly after the filing of this Joint Notice of Removal, Defendants shall provide notice of the removal to Plaintiff through his/her attorney of record in the State Court Action and to the Clerk of the Court in the State Court action, as required by 28 U.S.C. § 1446(d).

Dated: July 5, 2006

Respectfully submitted,

*(signature)*

Roger D. Rowe
Arkansas Bar No. 85140
Lax, Vaughan, Fortson,
 McKenzie & Rowe, P.A.
Cantrell West Building
11300 Cantrell road, Suite 201
Little Rock, AR 72212
Tel.: 501-376-6565
E-mail: rrowe@lvfm.net

Steven G. Gyeszly
JONES DAY
717 Texas Suite 3300
Houston, TX 77002-2712
Tel.: 832-239-3761
E-mail: sgyeszly@jonesday.com

*Attorneys for Defendant Experian
Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on this 5th day of July, 2006 as follows:

<u>By U.S. Mail</u>
Attorney for Plaintiff:

Wendell L. Hoskins II
Law Office of Wendell L. Hoskins II
404 Ward Ave.
P.O. Box 1115
Caruthersville, Missouri 63830

_____
Roger D. Rowe

### IN THE CIRCUIT COURT OF MISSISSIPPI COUNTY, ARKANSAS
### CHCIKASAWBA DISTRICT
### CIVIL DIVISION

# SUMMONS

PLAINTIFFS:
WILLIAM UTLEY

VS.                    Case Number: CU-2006-147(DB)

DEFENDANT:
EXPERIAN INFORMATION SOLUTIONS, INC.

PLAINTIFFS' ATTORNEY:  Wendell L. Hoskins II
ADDRESS:               Law Office of
                       Wendell L. Hoskins II
                       404 Ward Avenue, P.O. Box 1115
                       Caruthersville, MO 63830

THE STATE OF ARKANSAS TO DEFENDANT:   The Corporation Company
                                      Registered Agent for:
                                      **Experian Information Solutions, Inc.**
                            ADDRESS:  425 West Capitol Avenue, Suite 1700
                                      Little Rock, Arkansas 72201

#### NOTICE

1. You are hereby notified that a lawsuit has been filed against you; the relief asked is stated in the attached complaint.

2. The attached complaint will be considered admitted by you and a judgment by default may be entered against you for the relief asked in the complaint unless you file a pleading and thereafter appear and present your defense. Your pleading or answer must meet the following requirements:

   A. It must be in writing, and otherwise comply with the Arkansas Rules of Civil Procedure.
   B. It must be filed in the Court Clerk's office within __30__ days from the day you were served with this Summons.

3. If you desire to be represented by an attorney you should immediately contact your attorney so that an answer can be filed for you within the time allowed.

4. Additional notices: NONE

WITNESS MY HAND AND SEAL OF THE COURT THIS THE __5__ DAY OF __June__, 2006.

3:00 P.m.

(SEAL)      DONNA BRAY
Address:    CIRCUIT CLERK
            P. O. Box 1498
            Blytheville, AR 72316

_Linda Xxxxxx_ DC,
CLERK/DEPUTY CLERK



DEFENDANT'S EXHIBIT A

IN THE CIRCUIT COURT OF MISSISSIPPI COUNTY, ARKANSAS
CHICKASAWBA DISTRICT
CIVIL DIVISION



WILLIAM UTLEY                                                                    PLAINTIFF

VS.             CASE NO.: CV-2006-___147___ (D3)       JURY TRIAL DEMANDED

EXPERIAN INFORMATION
SOLUTIONS, INC.                                                                  DEFENDANT

## COMPLAINT

COMES NOW the Plaintiff William Utley, by and through counsel, and petitions this Court for relief from Defendant's violations of the Fair Credit Reporting Act and Defamation 15 U.S.C.§§1681, *et. seq.*, and in support thereof, states as follows:

### I.   PARTIES AND JURISDICTION

1. Plaintiff William Utley is an adult resident citizen of Mississippi County, Arkansas.

2. Defendant Experian Information Solutions, Inc. is a "consumer reporting agency" as defined at 15 U.S.C. §1681a(f) of the Fair Credit Reporting Act, 15 U.S.C. §§1681, *et. seq.*, and is a nonresident, foreign corporation, duly authorized to conduct business in the State of Arkansas, organized under the laws of Ohio, with a principal place of business in Orange, California. Pursuant to Rule 4(d)(5) of the Arkansas Rules of Civil Procedure, Defendant may be served with process of this Court by personally delivering to the following registered agent, copies of the Complaint and Summons:

The Corporation Company
Registered Agent for Experian Information Solutions, Inc.
425 West Capitol Avenue, Suite 1700
Little Rock, Arkansas 72201

3. Venue is proper in the Circuit Court of Mississippi County, Arkansas, which has subject matter jurisdiction pursuant to 15 U.S.C. §1681p.

## II.   FACTS

4. On or about May 01, 2005, Defendant Experian reported as "past due" an alleged account of Plaintiff, William Utley, with CBUSA Sears.

5. In February 2006, upon discovering the inaccurate information on his credit report, Utley contacted Defendant Experian and advised the Defendant that the information reported was inaccurate.

6. In February 2006, Utley provided Defendant Experian with clear and specific information as to the inaccuracy of the reported CBUSA Sears account. Specifically, Plaintiff advised Experian that the alleged account was the result of the Sears store in Blytheville, Arkansas, charging his CBUSA Sears mastercard two (2) times for the same riding lawnmower. Utley was charged $1,515.82 on Sears salescheck number 31979017436 on 03-27-2004, and a second time for the same lawnmower on Sears salescheck number 031979017489. Sears salescheck number 31979017436 was paid in full on Sears salescheck number 031979022251 on 04-19-2004.

7. On or about February 01, 2006, Defendant Experian responded to Utleys' inquiry, advising Utley that it would investigate the matter and report its findings.

8. On or about March 01, 2006, Defendant Experian advised Utley that the account had been verified and updated as **"correct"** per Experian's investigation.

9. Utley has been reviewed and denied for credit based upon the negative information reported by Defendant Experian.

### III. CAUSE OF ACTION (FAIR CREDIT REPORTING ACT)

10. Plaintiff William Utley restates, realleges and incorporates by reference the allegations set forth in numbered paragraphs 1. through 9., of the Petition.

11. The actions and inactions of Defendant Experian constitute violations of and willful noncompliance with the express statutory requirements of the Fair Credit Reporting Act, 15 U.S.C.§1681, *et. seq.*, including, but not limited to the following:

   a. The Defendant failed to properly investigate the notice of dispute regarding the false entry on Plaintiff William Utleys' credit report in violation of and in willful noncompliance with 15 U.S.C. §1681i(a)(1)(A).

   b. The Defendant failed to exercise its non-discretionary duty to review and consider all relevant information submitted by the Plaintiff in violation of and in willful noncompliance with 15 U.S.C. §1681i(a)(4).

   c. The Defendant failed to promptly notify the furnisher of the incorrect information of Plaintiffs' dispute in violation of and in willful noncompliance with 15 U.S.C. §1681i(a)(2)(A).

   d. The Defendant failed to provide to the furnisher of incorrect information the relevant evidence presented to Experian in support of Plaintiff's dispute in violation of and in willful noncompliance with 15 U.S.C. §1681i(a)(2)(B).

   e. The Defendant failed to promptly delete false information upon finding the disputed report inaccurate, incomplete, or unverifiable in violation of and in willful noncompliance with 15 U.S.C.§1681i(a)(5)(A).

   f. The Defendant failed to provide Plaintiff with notification of the results of the reinvestigation in violation of and in willful noncompliance with 15 U.S.C.§1681i(a)(6).

12. As a direct and proximate cause of the foregoing, each of which constitutes a violation of and willful noncompliance with the Fair Credit Reporting Act, 15 U.S.C.§1681 *et. seq.*, Defendant suffered actual pecuniary damages and damages to his reputation, including, but not limited to the loss of lines of credit, unfavorable credit decisions, and the emotional suffering and embarrassment attendant therewith.

13. Plaintiff William Utley is entitled to recover of and from Defendant Experian his actual damages, or alternatively, to recover statutory damages pursuant to 15 U.S.C. §1681n.

14. In addition to his actual or statutory damages, Plaintiff William Utley is entitled to recover punitive damages pursuant to 15 U.S.C.§1681n(a)(2) in an amount that the Court will allow to compensate for the Defendant's willful noncompliance with the Fair Credit Reporting Act and the Defendant's conscious disregard for the truth of the information reported.

15. In addition to actual or statutory damages and punitive damages, Plaintiff is entitled to the costs of the action, together with reasonable attorney's fees as determined by the court pursuant to 15 U.S.C.§1681n(a)(3).

WHEREFORE, PREMISES CONSIDERED, Plaintiff William Utley prays that this Court enter judgment against Defendant Experian for such damages as are fair and reasonable to compensate Plaintiff for his damages; or alternatively, for statutory damages pursuant to 15 U.S.C. §1681n; for punitive damages pursuant to 15 U.S.C. §1681n(a)(2); reasonable attorney's fees; for all costs of court; and for such other and further relief as may be just and proper.

Respectfully submitted,

WILLIAM UTLEY, Plaintiff

By: _____
WENDELL L. HOSKINS II
Arkansas Bar No.: 93070



LAW OFFICE OF
WENDELL L. HOSKINS II
Attorney for Plaintiff
404 Ward Avenue
Post Office Box 1115
Caruthersville, Missouri 63830

Phone: 573-333-2600
Fax:   573-333-2041





LAW OFFICE OF
WENDELL L. HOSKINS II
404 WARD AVENUE
POST OFFICE BOX 1115
CARUTHERSVILLE, MISSOURI 63830

7005 3110 0004 5899 8868

The Corporation Company
Registered Agent for:
Experian Information Solutions, Inc.
425 West Capitol Avenue, Suite 1700
Little Rock, Arkansas 72201

RESTRICTED DELIVERY

IN THE CIRCUIT COURT OF MISSISSIPPI COUNTY, ARKANSAS
CHCIKASAWBA DISTRICT
CIVIL DIVISION

**SUMMONS**

PLAINTIFFS:
WILLIAM UTLEY

vs.   Case Number: CU-2006-147(D)B

DEFENDANT:
EXPERIAN INFORMATION SOLUTIONS, INC.

FILED JUN 12 2006 DONNA BRAY CLERK

| | |
|---|---|
| PLAINTIFFS' ATTORNEY: | Wendell L. Hoskins II |
| ADDRESS: | Law Office of |
| | Wendell L. Hoskins II |
| | 404 Ward Avenue, P.O. Box 1115 |
| | Caruthersville, MO 63830 |

| | |
|---|---|
| THE STATE OF ARKANSAS TO DEFENDANT: | The Corporation Company |
| | Registered Agent for: |
| | **Experian Information Solutions, Inc.** |
| ADDRESS: | 425 West Capitol Avenue, Suite 1700 |
| | Little Rock, Arkansas 72201 |

**NOTICE**

1. You are hereby notified that a lawsuit has been filed against you; the relief asked is stated in the attached complaint.

2. The attached complaint will be considered admitted by you and a judgment by default may be entered against you for the relief asked in the complaint unless you file a pleading and thereafter appear and present your defense. Your pleading or answer must meet the following requirements:

    A.   It must be in writing, and otherwise comply with the Arkansas Rules of Civil Procedure.
    B.   It must be filed in the Court Clerk's office within __30__ days from the day you were served with this Summons.

3. If you desire to be represented by an attorney you should immediately contact your attorney so that an answer can be filed for you within the time allowed.

4. Additional notices: NONE

WITNESS MY HAND AND SEAL OF THE COURT THIS THE __5__ DAY OF __June__, 2006.

3:00 P.m.

(SEAL)  DONNA BRAY
        CIRCUIT CLERK
Address: P. O. Box 1498
         Blytheville, AR  72316

_Linda Smith_
CLERK/DEPUTY CLERK

COPY

# RETURN OF SERVICE

The undersigned states:

1. That, unless it is noted below that plaintiff accomplished service by mail, I am not a party to this action and I am not less than eighteen (18) years of age.

2. On the _____ day of _____ I served the within summons together with a copy of the complaint and other documents (if any) identified in Paragraph 4 of the summons upon the defendant named therein in the following manner:

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE: [1]

☐ By personally delivering copies of thereof to the defendant. Place where served: _____

☐ By leaving copies thereof at the defendant's dwelling house or usual place of abode with some person residing therein who is at least 14 years of age. Name and address of person served: _____

☐ By delivering copies thereof to an agent or other person authorized by appointment or by law to receive service of summons. Name, title and address of person served: _____

☒ By mailing copies thereof to the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ By mailing copies thereof to the defendant by first class mail, acknowledgement form.

☐ Other (specify): _____

☐ Unable to serve for the following reason: _____

_____
Signature of Server

_____
Address of Server

(To be completed if service by person other than Sheriff)

SUBSCRIBED AND SWORN to before me,

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Postage: 0.63
Certified Fee: 2.00
Return Receipt Fee (Endorsement Required): 1.85
Restricted Delivery Fee (Endorsement Required): 3.75
Total Postage & Fees: $ 8.58
Postmark: 06/05/06

Sent To: Experian Information Solutions
Street, Apt. No.; or PO Box No.: 425 W. Capitol Avenue Suite 1700
City, State, ZIP+4: Little Rock AR 72201

Article Number: 7005 3110 0004 5899 8868

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Corporation Company
Experian Information Solutions
425 W. Capitol Avenue Suite 1700
Little Rock AR 72201

A. Signature: X Jacob S. Brown  ☐ Agent ☐ Addressee
B. Received by (Printed Name): _____
C. Date of Delivery: 6-8
D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☒ Yes

2. Article Number (Transfer from service label): 7005 3110 0004 5899 8868

---

[1] As to who can serve and receive summons

Additional Information:

LAW OFFICE OF
WENDELL L. HOSKINS II
404 WARD AVENUE
POST OFFICE BOX 1115
CARUTHERSVILLE, MISSOURI 63830

MEMPHIS TN 381
12 JUN 2006 PM 1 L

The Corporation Company
Registered Agent for:
Experian Information Solutions, Inc.
425 West Capitol Avenue, Suite 1700
Little Rock, Arkansas 72201

72201+4904

