IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**WILLIAM UTLEY**                                                                                **PLAINTIFF**

**VS.**                                                  **3:06CV00120 JMM**

**EXPERIAN INFORMATION SOLUTIONS, INC.**                              **DEFENDANT**

## ORDER

After consideration of the motion to admit counsel Steven G. Gyeszly *pro hac vice*, and it appearing to the Court that Mr. Gyeszly meets the admission requirements to appear in this Court and for good cause shown;

IT IS HEREBY ORDERED that said motion, docket # 5, should be, and hereby is, GRANTED.

This 12th day of July, 2006.

_____
James M. Moody
United States District Judge