IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**WILLIAM UTLEY**                                                                    **PLAINTIFF**

VS.                                         3:06CV00120 JMM

**EXPERIAN INFORMATION SOLUTIONS, INC.**                       **DEFENDANT**

## ORDER

After consideration of the motion to admit counsel Steven G. Gyeszly *pro hac vice*, and it appearing to the Court that Mr. Gyeszly meets the admission requirements to appear in this Court and for good cause shown;

IT IS HEREBY ORDERED that said motion, docket # 5, should be, and hereby is, GRANTED.

This 12th day of July, 2006.

_____
James M. Moody
United States District Judge