UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| WILLIAM UTLEY,<br><br>　　　　Plaintiff,<br>v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.<br><br>　　　　Defendant. | Civil Action No.  3:06CV00120JMM<br><br>JUDGE JAMES M. MOODY |

NOTICE OF SETTLEMENT

Experian Information Solutions, Inc. ("Experian"), pursuant to Local Rule 44.1, presents this Court with this Notice of Settlement and informs the Court that Plaintiff will be dismissing the case against Experian with prejudice.

Respectfully Submitted,

/s/ Steven G. Gyeszly

Steven G. Gyeszly (admitted pro hac vice)
Jones Day
717 Texas Suite 3300
Houston, TX 77002
832-239-3761
832-239- 3600 (Fax)
sgyeszly@jonesday.com

*Attorney for Defendant Experian Information Solutions, Inc.*

HUI-80037v1

- 2 -

## CERTIFICATE OF SERVICE

    I, Steven G. Gyeszly, do hereby certify on this 12th day of March, 2007, I served a true and correct copy of the foregoing Notice of Settlement via the electronic filing system of this District on the following attorney of record:

Wendell L. Hoskins, II
Attorney at Law
404 Ward Avenue
Post Office Box 1115
Caruthersville, MO 63830
573-333-2600
Email: hoskinslaw@semo.net

*Attorney for Plaintiff*

                                           /s/ Steven G. Gyeszly
                                           Steven G. Gyeszly

HU1-80037v1