**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

WILLIAM UTLEY                                                                PLAINTIFF

VS.                              CASE NO.:  3:06cv00120 JMM

EXPERIAN INFORMATION
SOLUTIONS, INC.                                                         DEFENDANT

### STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, William Utley, by and through counsel, and pursuant to Rule

41 of the Federal Rules of Civil Procedure dismisses with prejudice his cause of action against

Defendant Experian Information Solutions, Inc.

Respectfully submitted,

LAW OFFICE OF
WENDELL L. HOSKINS II
404 Ward Avenue
Post Office Box 1115
Caruthersville, Missouri 63830
Phone: 573-333-2600
Fax: 573-333-2041
E-mail: hoskinslaw@semo.net


/s/ Wendell L. Hoskins II
WENDELL L. HOSKINS II
Arkansas Bar No. 93070
Attorney for Defendant

## <u>CERTIFICATE OF SERVICE</u>

I, WENDELL L. HOSKINS II, attorney for Plaintiff in the above styled and numbered cause, do hereby certify that I have this day electronically mailed a true and correct copy of the foregoing pleading to Steven G. Gyeszly, Esquire, Jones Day, 717 Texas Suite 3300, Houston, Texas 77002.

THIS, the 4th day of April, 2007.

/s/ Wendell L. Hoskins II
WENDELL L. HOSKINS II
